IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLAN MEDWICK,

       Plaintiff,

  v.                                           Case No. 1:17-cv-01088-JTN-ESC

WESTERN MICHIGAN UNIVERSITY       Honorable Janet T. Neff
HOMER STRYKER M.D. SCHOOL
OF MEDICINE,

       Defendant.
_____/

## JOINT STIPULATION TO DISMISS

The Plaintiff ALLAN MEDWICK and the Defendant WESTERN MICHIGAN UNIVERSITY HOMER STRYKER M.D. SCHOOL OF MEDICINE stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss this matter with prejudice. In support of this stipulation, the parties state that they have reached a settlement of this case that resolves all issues between them.

WHEREFORE, the parties request that this Court approve this stipulation, enter an order dismissing this matter with prejudice, for each side to bear his or its own costs of this matter and for this Court to retain jurisdiction for thirty days, if necessary, to enforce the terms of the parties' settlement agreement.

                                                                                  Respectfully submitted,

/s/ Joel F. Handler                                  /s/ Leigh M. Schultz
JOEL F. HANDLER (#1115812)             LEIGH M. SCHULTZ (P71038)
One E. Wacker Drive, Suite 510            Miller, Canfield, Paddock and Stone, P.L.C.
Chicago, Illinois 60601                        277 S. Rose Street, Suite 5000
(312) 832-0008                                      Kalamazoo, MI 49007
Attorney for the Plaintiff,                      schultzl@millercanfield.com
ALLAN MEDWICK                               (269) 381-7030
                                                             Attorney for the Defendant,
                                                             WESTERN MICHIGAN UNIVERSITY HOMER
                                                             STRYKER M.D. SCHOOL OF MEDICINE