# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALLAN MEDWICK,

    Plaintiff,

v.                                     Case No. 1:17-cv-01088-JTN-ESC

WESTERN MICHIGAN UNIVERSITY     Honorable Janet T. Neff
HOMER STRYKER M.D. SCHOOL
OF MEDICINE,

    Defendant.
_____/

## ORDER

THIS CAUSE having come on the parties' joint stipulation to dismiss, the Court being advised that the parties have reached a settlement in this matter that resolves all matters between them, IT IS HEREBY ORDERED:

1. This case is dismissed with prejudice.

2. Each side shall bear his or its own costs in this matter.

3. This Court shall retain jurisdiction for thirty days, if necessary, to enforce the terms of the parties' settlement agreement.

                                                ENTERED:

Dated: __July 29, 2020__               ___/s/ Janet T. Neff_____
                                                 JANET T. NEFF
                                                 United States District Judge